**Dismiss and Opinion Filed March 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00097-CV

**TWO THOUSAND FORTY DOLLARS AND 00/100 ($2040.00) IN UNITED STATES OF AMERICA CURRENCY AND BRIDGET MORGAN, Appellants**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 89707-86**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Although twice directed to pay the appellate filing fee and both times cautioned that the appeal could be dismissed without further notice if she did not comply, Bridget Morgan has failed to pay the fee or show she is excused by statute or the appellate rules from paying the fee. *See* TEX. R. APP. P. 5. Additionally, she has failed to file her brief, despite being cautioned that failure to file the brief could also result in dismissal of the appeal. *See id.* 38.8(a)(1). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

140097F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TWO THOUSAND FORTY DOLLARS
AND 00/100 ($2040.00) IN UNITED
STATES OF AMERICA CURRENCY;
AND BRIDGET MORGAN, Appellants

No. 05-14-00097-CV        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 86th District Court,
Kaufman County, Texas
Trial Court Cause No. 89707-86.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

        In accordance with this Court's opinion of this date, we **DISMISS** the appeal.
        We **ORDER** that appellee The State of Texas recover its costs, if any, of this appeal from
appellant Bridget Morgan.


Judgment entered March 31, 2014


                                        /Carolyn Wright/
                                        CAROLYN WRIGHT
                                        CHIEF JUSTICE